Filed 1/11/21  P. v. Walker CA4/1
## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

|  |  |
|---|---|
| THE PEOPLE,<br><br>     Plaintiff and Respondent,<br><br>     v.<br><br>JORON ANTONIO WALKER,<br><br>     Defendant and Appellant. | D077294<br><br><br><br>(Super. Ct. No. SCD281269) |

APPEAL from a judgment of the Superior Court of San Diego County, Robert F. O'Neill, Judge.  Affirmed.

Kenneth J. Vandevelde, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Joron Antonio Walker was charged with carjacking (Pen. Code,[1] § 215, subd. (a)); robbery (§ 211); assault with force likely to cause great bodily

_____

[1]     All further statutory references are to the Penal Code unless otherwise specified.

injury (§ 245, subd. (a)(4)); unlawful taking and driving a vehicle (Veh. Code, § 10851, subd. (a)); receiving a stolen vehicle (§ 496d); and a misdemeanor count of resisting arrest (§ 148, subd. (a)(1)). In addition, it was alleged that three counts were committed with the use of a deadly weapon (§ 12022, subd. (b)(2)) and that Walker personally inflicted great bodily injury (§ 12022.7, subd. (a)).

Walker entered a guilty plea to all of the counts and admitted all allegations after the trial court agreed to impose a sentence of not more than seven years in prison. The prosecutor did not agree with the plea and did not sign the change of plea form.

Walker was sentenced to a seven-year prison term as agreed by the trial court. The court imposed a restitution fine of $1200 as well as the same amount for the suspended parole revocation fine (§§ 1202.4, subd. (b) and 1202.45). The court also imposed various fees and assessments.

Later, in response to a motion under section 1237.2, the court exercised its discretion and found extraordinary reasons not to impose a restitution fine and a parole revocation fine. The court struck both fines and modified the judgment.

Walker filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating he has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered Walker the opportunity to file his own brief on appeal, but he has not responded.

STATEMENT OF FACTS

In his change of plea form, Walker admitted taking the vehicle by force and fear using an Airsoft gun. He also admitted assaulting the victim and

2

inflicting great bodily injury on the victim. He acknowledged the vehicle was worth more than $950 and also admitted he resisted a lawful order from the police officer.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review of the record, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following possible issues that were considered in evaluating the merits of this appeal:

1. Whether the sentence imposed was consistent with the plea agreement;

2. Whether the sentence imposed was authorized;

3. Whether the custody credits were properly calculated; and

4. Whether the fines, fees, and assessments imposed were authorized.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Walker on this appeal.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, J.

WE CONCUR:

BENKE, Acting P. J.

GUERRERO, J.